UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sasha Bell

                              Plaintiff(s),                  Case No.   16cv10825

v.                                                     Honorable  Gershwin A. Drain

Lockwood, Andrews & Newnam, PC et al        Magistrate Judge  R. Steven Whalen

                            Defendant(s).
_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

      This case appears to be a companion case to Case No.   16cv10663  . Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable  John Corbett O'Meara  and Magistrate Judge  Mona K. Majzoub  .

                                                             s/Gershwin A. Drain
                                                            Gershwin A. Drain
                                                            United States District Judge

                                                            s/John Corbett O'Meara
                                                            John Corbett O'Meara
                                                            United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type:  CIVIL

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: March 15, 2016                                  s/ S Schoenherr
                                                            Deputy Clerk

cc:    Parties and/or counsel of record
         Honorable John Corbett O'Meara