UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sasha Bell,

                                  Plaintiff(s),

v.                                            Case No. 5:16–cv–10825–JCO–MKM
                                                   Hon. John Corbett OMeara

Lockwood, Andrews &
Newnam, PC, et al.,

                                  Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

        Motion to Remand – #3

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge John Corbett O'Meara *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/W. Barkholz
                                                         Case Manager

Dated:  March 17, 2016