**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SASHA BELL, as next friend and
mother of one minor child, M.B.,

       Plaintiffs,

v.

LOCKWOOD, ANDREWS &
NEWNAM, PC, a Michigan
Corporation, LOCKWOOD,
ANDREWS & NEWNAM, INC., a
Texas Corporation, Leo A. Daly
Company, a Nebraska Corporation,
Rowe Professions Services Company,
f/k/a Row Engineering, Inc., Veolia
North America, LLC, a Delaware
Corporation, and Veolia North
America, Inc., a Delaware Corporation,
Bradley Wurfel, Eden Victoria Wells,
M.D., and Howard Croft,

       Defendants.

_____/

Case No.: 5:16-cv-10825
Hon. John Corbett O'Meara
Magistrate Judge Mona K. Majzoub

**<u>APPEARANCE</u>**

**PLEASE TAKE NOTICE** that Reginald M. Turner, Jr., of Clark Hill PLC, has this day entered his appearance as counsel on behalf of Defendant, Bradley Wurfel, in the above-referenced matter.

1

204374991.1 53499/196392

Respectfully submitted,

CLARK HILL PLC

April 11, 2016                    By: /s/ Reginald M. Turner, Jr.
_____

Reginald M. Turner, Jr. (P40543)
CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
Telephone: (313) 965-8318
rturner@clarkhill.com
Attorney for Defendant Bradley Wurfel


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of April, 2016, I caused electronic filing

of the foregoing document with the Clerk of the Court using the CM/ECF System,

which will send notification of such filing to all properly registered counsel.

Respectfully submitted,

CLARK HILL PLC

By:   /s/ Reginald M. Turner, Jr.
_____
Reginald M. Turner, Jr. (P40543)
CLARK HILL PLC
500 Woodward Avenue, Suite
3500
Detroit, MI 48226
Telephone: (313) 965-8318
rturner@clarkhill.com
Attorney for Defendant Bradley Wurfel

2

204374991.1 53499/196392