# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SASHA BELL, as next of friend and Mother of one minor child, M.B.,

              Plaintiff

vs.

LOCKWOOD, ANDREWS & NEWNAM, PC, a Michigan corporation, LOCKWOOD, ANDREWS 81NEWNAM, INC., a Texas corporation, LEO A. DALY COMPANY, a Nebraska Corporation, ROWE PROFESSIONAL SERVICES COMPANY f/k/a ROWE ENGINEERING, INC., VEOLIA NORTH AMERICA, LLC, a Delaware Corporation, and VEOLIA NORTH AMERICA, INC., a Delaware Corporation, BRADLEY WURFEL, EDEN VICTORIA WELLS, M.D., and HOWARD CROFT,

              Defendants.

Case No. 5:16-cv-10825-JCO-MKM
Hon. John C. O'Meara
Mag. Judge: Mona K. Majzoub

## <u>NOTICE OF MOTION TO CONSOLIDATE</u>

Please take notice that Plaintiffs in the action *Gilcreast, et al. v. Lockwood, Andrews & Newman, P.C.,* Case No. 2:16-cv-11173-MAG-APP, as well as the plaintiffs in *Waid, et al. v. Snyder, et al,* Case No. 5:16-cv-10444-JCO-MKM, have filed a Motion to Consolidate Actions **(Exhibit 1)** in *Mays, et al. v. Snyder, et al,* Case No. 15-cv-14002-JCO-MKM.

Respectfully Submitted,

**SHEA AIELLO, PLLC**


*/s/ David J. Shea*
David J. Shea (P41399)
Attorney for Plaintiff
26100 American, 2nd Floor
Southfield, MI 48034
248.354.0224

Dated: April 12, 2016

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SASHA BELL, as next of friend and Mother of
one minor child, M.B.,

              Plaintiff

vs.

LOCKWOOD, ANDREWS & NEWNAM,
PC, a Michigan corporation, LOCKWOOD,
ANDREWS 81NEWNAM, INC., a Texas
corporation, LEO A. DALY COMPANY, a
Nebraska Corporation, ROWE
PROFESSIONAL SERVICES COMPANY
f/k/a ROWE ENGINEERING, INC., VEOLIA
NORTH AMERICA, LLC, a Delaware
Corporation, and VEOLIA NORTH
AMERICA, INC., a Delaware Corporation,
BRADLEY WURFEL, EDEN VICTORIA
WELLS, M.D., and HOWARD CROFT,

              Defendants.

Case No. 5:16-cv-10825-JCO-MKM
Hon. John C. O'Meara
Mag. Judge: Mona K. Majzoub

## CERTIFICATE OF SERVICE

I, Kelly R. Friel do hereby certify that on April 12, 2016, I filed the Notice of Motion to Consolidate  and this Certificate of Service with the Clerk of the Court using the ECF System, which will send notification of such filing to all counsel of record.

I declare under penalty of perjury that the above statements are true to the best of my knowledge, information, and belief.

              */s/ Kelly R. Friel*
              Kelly R. Friel